UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN SCHNUR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., d/b/a PAPA JOHNS<br><br>Defendant. | Case No. 2:22-cv-01620-NR |

## NOTICE OF APPEAL

Plaintiff Jordan Schnur hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Order (ECF Nos. 52, 53) dated August 28, 2023, granting Defendant's Motion to Dismiss, entered by Hon. J. Nicholas Ranjan in the United States District Court for the Western District of Pennsylvania.

Date: August 28, 2023

Respectfully submitted,

/s/ Gary F. Lynch
Gary F. Lynch
Kelly K. Iverson
Jamisen A. Etzel
Elizabeth Pollock-Avery
Nicholas A. Colella
Patrick D. Donathen
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com

nickc@lcllp.com
patrick@lcllp.com

*Attorneys for Plaintiff*