UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2573
_____

JORDAN SCHNUR,
Individually and on behalf of all others similarly situated,
Appellant

v.

PAPA JOHN'S INTERNATIONAL, INC., d/b/a Papa Johns
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-22-cv-01620)
District Judge: Honorable J. Nicholas Ranjan
_____

Argued on April 18, 2024

Before: HARDIMAN, PHIPPS, and SMITH, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on April 18, 2024.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on August 28, 2023 be and the same hereby is **AFFIRMED**.

All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 5, 2024